## PROOF OF SERVICE

This summons for **ELEANOR D. ACHESON** (NATIONAL RAILROAD PASSENGER CORPORATION) (name of individual and title, if any) was received by me on **11/12/2020** (date).

☐ I personally served the summons on the individual at _____ (place where served) on _____ (date).

☐ I left the summons at the individual's residence or usual place of abode with _____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

☑ I served the summons on **ELEANOR D. ACHESON** (name of individual), who is designated by law to accept service of process on behalf of **NATIONAL RAILROAD PASSENGER CORPORATION** (name of organization) on **11/18/2020** (date).

☐ I returned the summons unexecuted because _____

☐ Other (specify): _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under the penalty of perjury that this information is true.

Date: **11/18/2020**

Server's signature

**DAVID F. BOGHER (PROZZI)**
Server's printed name and title

**1660 N. TELEGRAPH RD., DEARBORN, MI 48128**
Server's address



U.S. Postal Service™ CERTIFIED MAIL® RECEIPT — Domestic Mail Only. Washington DC 20001. Certified Mail Fee $3.55. Postage $1.20. Total Postage and Fees $4.75. Postmark: Dearborn Heights, MI, NOV 14 2020, USPS 48127.