UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEWIS HERRERA,

    Plaintiff,

v.

NATIONAL RAILROAD PASSENGER
CORPORATION (AMTRAK),

    Defendant.
_____/

Case No. 1:20-cv-1090

HON. JANET T. NEFF

## ORDER TO STRIKE

On December 15, 2020, Defendant filed its Answer to the complaint with affirmative defenses and reliance on jury demand (ECF No. 5).  Upon review of the Answer, the Court finds that Defendant failed to comply with W.D. Mich. LCivR 8.2, which requires a responsive pleading under Fed. R. Civ. P. 8(b) to recite verbatim that paragraph of the pleading, or amended pleading, to which it is responsive, followed by the response.  For this reason, the Answer is stricken.  Accordingly:

**IT IS HEREBY ORDERED** that the Answer to the complaint with affirmative defenses and reliance on jury demand (ECF No. 5) is STRICKEN.  Defendant shall file a corrected answer, complying with the court rules, <u>no later than seven (7) days from the date of this Order</u>.

Dated:  December 16, 2020

    /s/ Janet T. Neff
JANET T. NEFF
United States District Judge